GEORGE M. RANALLI, ESQ.
Nevada Bar No. 5748
JASON ANDREW FOWLER, ESQ.
Nevada Bar No. 8071
RANALLI ZANIEL FOWLER & MORAN, LLC
2400 W. Horizon Ridge Parkway
Henderson, NV 89025
Telephone: (702) 477-7774
Facsimile: (702) 477-7778
ranalliservice@ranallilawyers.com
Attorneys for Defendant
USAA CASUALTY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHERYL ANN DENNIS,<br><br>    Plaintiff,<br><br>vs.<br><br>USAA CASUALTY INSURANCE COMPANY, A Foreign Corporation; DOES I-X; ROE CORPORATIONS XI-XX, inclusive;<br><br>    Defendant | CASE NO.: 2:20-CV-00366-JCM-EJY<br><br>**NOTICE OF WITHDRAWAL OF PETITION FOR REMOVAL AND REMAND CASE BACK TO STATE COURT** |

Defendant, USAA CASUALTY INSURANCE COMPANY, by and through their attorney, GEORGE RANALLI, ESQ. and JASON ANDREW FOWLER, ESQ., of the law offices of RANALLI ZANIEL FOWLER AND MORAN, LLC, do hereby Withdrawal their Petition for Removal and request to remand this matter back to State Court without prejudice. Plaintiff's counsel is agreeable to the matter being remanded back to State Court. This withdrawal and request to remand is based on Defendant's information that the Defendant, USAA

1

CASUALTY INSURANCE COMPANY is considered a resident of Clark County, State of Nevada. Therefore, the parties request that this matter be remanded back to state court.

DATED this 2nd day of March, 2020

**RANALLI ZANIEL FOWLER & MORAN, LLC**

/s/ _____
GEORGE M. RANALLI, ESQ.
Nevada Bar No. 5748
**JASON ANDREW FOWLER, ESQ.**
Nevada Bar No. 8071
2400 W. Horizon Ridge Parkway
Henderson, NV 89052

### ORDER

In light of the Defendant's above Withdrawal of their Petition to Remand, and for good cause appearing, IT IS HEREBY ORDERED that this case is remanded back to Clark County District Court.

The Clerk of Court is instructed to close this matter.

**IT IS SO ORDERED.**

Dated March 5, 2020.

_____
UNITED STATES DISTRICT COURT

2

**CERTIFICATE VIA CM/ECF**

Pursuant to FRCP 5, I hereby certify that I am an employee of RANALLI ZANIEL FOWLER & MORAN, LLC, and that on the 2nd day of March, 2020, I caused to be served via CM/ECF a true and correct copy of the document described herein.

**Document Served:**

**NOTICE OF WITHDRAWAL OF PETITION FOR REMOVAL AND REMAND CASE BACK TO STATE COURT**

**Person(s) Served:**

Rebekah L. Rini, Esq.
**EDWARD M. BERNSTEIN & ASSOCIATES**
500 South Fourth Street
Las Vegas, NV 89101
Attorney for Plaintiff,
SHERYL ANN DENNIS

_____
An EMPLOYEE OF
RANALLI ZANIEL FOWLER & MORAN, LLC

3